PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

Western District of Oklahoma
M-21-351-STE

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Felipe Sanchez                                   Case Number:  4:20CR00085-001

Name of Sentencing Judicial Officer:  Honorable David Counts, United States District Judge

Date of Original Sentence:  December 14, 2020

Original Offense:  Transportation of Illegal Aliens for Financial Gain 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (B)(i)

Original Sentence:  Twelve (12) months and One (1) day, and Three (3) years TSR

Type of Supervision:  Supervised Release          Date Supervision Commenced:  January 08, 2021

Assistant U.S. Attorney:  Eduardo Mendoza         Defense Attorney:  Kevin D. Acker

### PREVIOUS COURT ACTION

Supervision was initiated by the Western District of Oklahoma. A 12-B Modification of Conditions was filed in this case on May 03, 2021, to include a drug treatment condition.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| 2 | "The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change." |
| 3 | "If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours." |

| | |
|---|---|
| Nature of Noncompliance | While under supervision within the Western District of Oklahoma, the defendant reported he was residing with his oldest son, Yoan Sanchez. On May 04, 2021, the U.S. Probation Office attempted to contact the defendant through his son's phone number, and it was reported the defendant had not resided with his son since an unknown date in March. Furthermore, the defendant provided no secondary address or telephone number to be reached, and at no point contacted the U.S. Probation Office to advise them of this change in location. |
| | Additionally, the defendant was cited for Driving Under Suspension and was scheduled to appear on May 04, 2021, to the Newcastle, Oklahoma Municipal Court. The defendant did not report this law enforcement interaction to the U.S. Probation Office, and it was reported the defendant failed to appear for his scheduled court date. At this time, due to being unable to contact the defendant, he is considered to have absconded. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release, less any imprisonment imposed upon revocation; and payment of any unsatisfied monetary sanction previously ordered.

    ☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved by:

*Michael McDougall* (signature)

Michael W. McDougall
Supervisory U.S. Probation Officer
Telephone: (432) 538-6019

Respectfully submitted by:

*M. Bejarano* (signature)

Mason J. Bejarano
U.S. Probation Officer
Telephone: (432) 837-6026
Date: May 16, 2020

cc: Brandi Young, AUSA
    Javier Ceniceros, ADCUSPO

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_David Counts_ (signature)

Honorable David Counts
U.S. District Judge

May 18, 2021
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:20-CR-085-001 |
| Felipe Sanchez | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Felipe Sanchez**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
The defendant violated terms of Supervised Release.

Date: 05/18/2021

City and state: Pecos, Texas

*Issuing officer's signature*

Joseph Hinojos / CRD
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*